IN THE UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| In Re: | Chapter 13 |
| FRANK EDWARD PETERSON | Case No.: A05-83457-JEM |
| 2100 WHITEBLUFF WAY | |
| BUFORD, GA  30519 | |

SSN (1):  XXX-XX-4752

## TRUSTEE'S FINAL REPORT AND ACCOUNT

Nancy J. Whaley, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The Trustee declares under penalty of perjury as follows:

The case was filed on October 15, 2005.
The plan was confirmed on January 12, 2006.
The case was COMPLETED AS COMP PLAN on January 27, 2009.
Number of months from filing to last payment: 39
Number of months case was pending: 39
Dividend to unsecured creditors:  37.00%

**RECEIPTS**:

Total paid by or on behalf of the debtor(s):  $39,439.38

**EXPENSES OF ADMINISTRATION DISBURSED BY TRUSTEE**:

**ATTORNEY FEE:**

BARRY STAPLES, PC

Fees paid by debtor:  $0.00

Fees paid through plan:  $2,500.00

Total Attorney's Fees:  $2,500.00

**FILING FEE:**

CLERK OF COURT OF FILING FEES

Amount Paid:  $0.00

**TRUSTEE FEE:**

Amount Paid:  $1,811.67

**DISBURSEMENTS TO CREDITORS:**

**PRIORITY TAXES:**

| CREDITOR NAME | CLASS | CLAIM SCHEDULED | CLAIM ASSERTED | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL + INTEREST |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | 2 | $830.00 | $9,298.56 | $8,494.15 | $0.00 | $8,494.15 |
| PRIORITY TAXES TOTALS: | | $830.00 | $9,298.56 | $8,494.15 | $0.00 | **$8,494.15** |

**MORTGAGE ARREARS:**

| CREDITOR NAME | CLASS | CLAIM SCHEDULED | CLAIM ASSERTED | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL + INTEREST |
|---|---|---|---|---|---|---|
| FIRST HORIZON HOME LOAN CO. | M | $1,162.00 | $2,347.29 | $2,347.29 | $0.00 | $2,347.29 |
| WACHOVIA BANK, N.A. | M | $353.00 | $887.47 | $887.47 | $0.00 | $887.47 |
| WACHOVIA BANK, N.A. | M | $0.00 | $887.47 | $0.00 | $0.00 | $0.00 |
| MORTGAGE ARREARS TOTALS: | | $1,515.00 | $4,122.23 | $3,234.76 | $0.00 | **$3,234.76** |

**NOTICE ONLY:**

| CREDITOR NAME | CLASS | CLAIM SCHEDULED | CLAIM ASSERTED | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL + INTEREST |
|---|---|---|---|---|---|---|
| GENERAL MOTORS ACCEPTANCE | O | $12,558.00 | $9,893.89 | $0.00 | $0.00 | $0.00 |
| NOTICE ONLY TOTALS: | | $12,558.00 | $9,893.89 | $0.00 | $0.00 | **$0.00** |

**SECURED:**

| CREDITOR NAME | CLASS | CLAIM SCHEDULED | CLAIM ASSERTED | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL + INTEREST |
|---|---|---|---|---|---|---|
| SUNTRUST BANK | S | $5,700.00 | $5,210.81 | $3,503.64 | $612.93 | $4,116.57 |
| SUNTRUST BANK | S | $3,000.00 | $3,650.50 | $3,650.50 | $457.78 | $4,108.28 |
| SECURED TOTALS: | | $8,700.00 | $8,861.31 | $7,154.14 | $1,070.71 | **$8,224.85** |

**DISBURSEMENTS TO CREDITORS:**

**UNSECURED:**

| CREDITOR NAME | CLASS | CLAIM SCHEDULED | CLAIM ASSERTED | PRINCIPAL PAID | INTEREST PAID | PRINCIPAL + INTEREST |
|---|---|---|---|---|---|---|
| ECAST SETTLEMENT CORPORAT | U | $0.00 | $608.31 | $225.07 | $0.00 | $225.07 |
| CHEVRON | U | $0.00 | $740.14 | $273.85 | $0.00 | $273.85 |
| CAPITAL ONE BANK | U | $0.00 | $1,185.98 | $438.81 | $0.00 | $438.81 |
| LVNV FUNDING SERVICES | U | $0.00 | $610.91 | $226.04 | $0.00 | $226.04 |
| FDS BANK/BLOOMINGDALES | U | $0.00 | $632.64 | $234.08 | $0.00 | $234.08 |
| FDS BANK/MACY'S | U | $0.00 | $3,954.93 | $1,463.32 | $0.00 | $1,463.32 |
| CINGULAR WIRELESS | U | $0.00 | $2,175.02 | $804.76 | $0.00 | $804.76 |
| ECAST SETTLEMENT CORPORAT | U | $0.00 | $3,142.22 | $1,162.62 | $0.00 | $1,162.62 |
| TRUE LOGIC FINANCIAL CORP. | U | $0.00 | $25,174.83 | $9,314.69 | $0.00 | $9,314.69 |
| ECAST SETTLEMENT CORPORAT | U | $0.00 | $2,001.00 | $740.37 | $0.00 | $740.37 |
| LVNV FUNDING SERVICES | U | $0.00 | $784.69 | $290.34 | $0.00 | $290.34 |
| UNSECURED TOTALS: | | $0.00 | $41,010.67 | $15,173.95 | $0.00 | **$15,173.95** |

| **SUMMARY OF DISBURSEMENTS TO CREDITORS:** | **TOTALS** |
|---|---:|
| **SECURED** | $11,459.61 |
| **UNSECURED** | $15,173.95 |
| **PRIORITY** | $8,494.15 |
| Others | $0.00 |
| **TRUSTEE FEE** | $1,811.67 |
| **ATTORNEY FEE** | $2,500.00 |
| **FILING FEE** | $0.00 |
| **TOTAL DISBURSEMENTS** | $39,439.38 |
| **TOTAL RECEIPTS** | $39,439.38 |

The Trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the Trustee is responsible have been completed.

Dated:  July 20, 2009


/s/_____

Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303

## CERTIFICATE OF SERVICE

Case No: A05-83457-JEM

This is to certify that I have this day served:

BARRY STAPLES, PC, ATTORNEY
520 POWDER SPRINGS STREET
MARIETTA, GA 30064

FRANK EDWARD PETERSON
2100 WHITEBLUFF WAY
BUFORD, GA 30519

In the foregoing matter with a copy of the Trustee's Final Report by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

Dated: July 20, 2009

/s/_____
Nancy J. Whaley
Standing Chapter 13 Trustee
State Bar No. 377941
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201